

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/06/2025

November 4, 2025

**MEMO ENDORSED**

*See* Pg. 2

By ECF
Hon. Nelson S. Román
United States District Court Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    *Dixon v. White, et al.*, 25 Civ. 7883 (NSR)

Dear Judge Román,

    This Office represents United States Attorney ("USA") Jay Clayton, former USA Mary Jo White, and Assistant United States Attorney ("AUSA") Lauren Phillips (together, the "USAO Defendants") in connection with the above-referenced action brought by *pro se* plaintiff DeMark Dixon ("Plaintiff") asserting *Bivens* claims against the USAO Defendants for alleged violations of the Fifth and Fourteenth Amendments. Plaintiff alleges that, in 1998, former USA White conspired with former AUSA Cynthia K. Dunne and defendant Uriel E. Gribetz to withhold exculpatory evidence in Plaintiff's criminal trial. ECF No. 1 at 6. Plaintiff further alleges that, nearly thirty years later, he mailed a "civilian complaint" regarding the alleged conspiracy to USA Clayton and AUSA Phillips. *Id*. We write in response to Plaintiff's requests for default judgment against the USAO Defendants and former AUSA Cynthia K. Dunne. ECF Nos. 23 – 24, 26 – 33.

    Plaintiff's requests should be denied. As an initial matter, this action, including the deadline for the USAO Defendants' response to the Complaint, is stayed pursuant to Chief Judge Swain's October 2, 2025, Amended Standing Order (the "Standing Order"). Under the Standing Order, "all court deadlines . . . in all civil cases (other than civil forfeiture cases and immigration cases, whether affirmative or defensive) in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record . . . are hereby tolled during the duration of the government shutdown." Further, under Fed. R. Civ. P. 12(a)(3), "a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the officer or employee or service on the United States attorney, whichever is later." It has not yet been sixty days since the USAO Defendants were served. Finally, we sadly note that former AUSA Dunne passed away on October 24, 2024.

    We thank the Court for its attention to this matter.

Case 7:25-cv-07883-NSR   Document 37   Filed 11/06/25   Page 2 of 2

Page 2

Respectfully,

SEAN BUCKLEY
Acting United States Attorney

BY:    */s/ Harry Fidler*
HARRY K. FIDLER
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2321
Harry.fidler@usdoj.gov

cc:    *pro se* Plaintiff via mail:

DeMark Dixon
2476 Nimmo Pkwy
Suite 115
Box 502
VA Beach, VA 23456

The Court is in receipt of Defendants' letter dated November 4, 2025. (ECF No. 35.) The Court acknowledges that there is a Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York due to the current government shutdown. Defendants are therefore directed to respond to Plaintiff's complaint 21-days after the date the stay is vacated. The Clerk of Court is respectfully directed to stay this matter and to mail a copy of this endorsement to pro se Plaintiff and show service on the docket.

Date: November 6, 2025
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge