USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025

7:25-cv-07883-NSR
Dixon v. White et al
**<u>MEMORANDUM ENDORSEMENT</u>**

  The Court is in receipt of *pro se* Plaintiff's letters, dated November 9 and 15, 2025, seeking (1) the Court to reconsider staying this matter and denying Plaintiff's request for default judgment; (2) to respond to Defendants' prospective responses to Plaintiff's Complaint; and (3) to schedule a conference with Defendants' counsel.

  Beginning with Plaintiff's motion for reconsideration, this Court stayed this matter in light of the recent government shutdown. (ECF No. 36.) Specifically, a Standing Order (1:25-mc-00433-LTS) was issued relating to the stay of certain civil cases, and the tolling of certain deadlines in those cases, involving the United States Attorney's Office for the Southern District of New York. Defendants in this matter were accordingly unable to respond to Plaintiff's Complaint. The Court therefore denies Plaintiff's motion for reconsideration with prejudice. With the government shutdown over, the Court directs Defendants to respond to Plaintiff's Complaint by December 8, 2025.

  Moving to Plaintiff's remaining requests, the Court grants Plaintiff permission to respond to Defendants' prospective response or answer to the Complaint. Finally, the Court denies, without prejudice, Plaintiff's request to schedule a conference. As already noted in the Court's October 15, 2025 Order, it is premature to schedule a conference because Defendants' time to answer or respond to the complaint has not yet expired. (ECF No. 15.)

  The Clerk of Court is kindly directed to vacate the stay on this matter. The Clerk of Court is also respectfully directed to mail a copy of this endorsement to *pro se* Plaintiff and show service on the docket.

Dated: November 17, 2025
   White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

From: Dellark Dixon - 646-249-1913

TO: Judge Nelson S Roman
　　　Fax # 914-390-4179

Case 25CU-7883

Cover Sheet

Attached Letter motion For Reconsideration, and affidavit. A copy of this material was also forward to Mr. Harry K Fidler, ause by mail and email.

The original was mailed to this Court.

11/9/25

Dellark Dixon

DeMark Dixon
2476 Nimmo Pkwy
Suite 115-Box 502
Va Beach, Va 23456
Email: demarkdixon50@gmail.com
Tele # 646-249-1913


Hon. Nelson S. Roman
United States Dtistrict Court Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601


Dkt.#. Dixon vs. White, et al., 25-Cv-7883(NSR)


To: Judge Roman                                    **Letter Motion For Reconsideration**

    Plaintiff is asking this Court in the interest of justice and all fairness to please **RECONSIDER** your November 6th 2025 Memo-Endorse Order, and allow your order to be split between the defendants and plaintiff to be fair on a level playing field.

    Yes, plaintiff agree with this Court and the defendant to allow Chief Judge Swain, Standing Order (1:25-mc-00433-LTS) relating to the stay of certain civil cases, and tolling of certain deadlines stay active in this Court until the government shut down is over with.    Plaintiff is asking this Court to reconsider giving the defendants a second bite at the apple to respond to plaintiff complaint, because the defendants Attorney was late, or forgot to respond to plaintiff complaint.    If this Court was to review the docket sheet, this Court will discover that plaintiff waited several weeks, and days until after the last defendant deadline to answer has passed to file a "Clerks Certificate Of default, and a default Judgement with this Court.    Plaintiff isn't asking this Court to issue a default judgement now or in the future against the defendants, **but** plaintiff is asking this Court to **HONOR** the dates on your docket that the defendants didn't answered set correctly by the Clerks Office, and when the Government opens up in (10 or 15 years) from now allow this case to move forward without any answers from the defendants **or** any defaults from plaintiff, and let a **JURY** make their own conclusion concerning this case.

    These defendants Mary Jo White, Walter Joseph Jay Clayton, and Lauren Phillps, who are above ground acting in their own individual personal capacity, could have contacted the **DOJ** about representation or they could have represented them selves just like plaintiff is doing until the DOJ arrived, **or** just contact this Court and plaintiff concerning them filing their answer on time.    Plaintiff went into the Court to filed a "Clerks Certificate Of Default" on November 3rd 2025, and the defendants attorney contacted plaintiff on Tuesday **November 4th 2025**, by providing plaintiff with a copy of this Court's November 6th 2025 Order.    Plaintiff question is where was Mr. Harry Fidler, when all of this took place when the defendants didn't answer, that cause plaintiff to **suffer a setback**, because if plaintiff was late with answering it would have been over for me.

Plaintiff wouldn't have been able to use Judge Swains, October 2nd 2025 order, like the defendants attorney Mr. Fidler did to get from under his mistakes and errors.

Defendants Attorney Mr. Fidler, indicated in his letter dated November 4th 2025, that a United States Officer or employee sued in an individual capacity, an answer date suppose to be **(60-days)** after service of the complaint. Basicly Mr. Fidler, is indicating that this Judge Clerks, paralegals, and the Clerks who issued the "Clerks Certificate Of Default" doesn't know their jobs when it comes down to applying statutes and Rules.

The Government informants Kareem Ali Mustaffe, and Winston Phillips, and other unknown witnesses committed perjury. This is a simple case but it's a hard case to fights, because **"No one wants the admit wrong doing or that their government informants committed perjury in the grand jury and during a criminal trial"** which plaintiff has been fighting for many years, which I will never stop until, I gets some form of indication that the government acknowledge that the witnesses committed perjury, because I will never stop. I have the evidence, I just need a Court Officer, in the prosecutor office to listen, and carry the information to the Court, because I judge isn't going to act on plaintiff information unless if a prosecutor brings the information in writing to him/her. Under **fraudulent concealment**, these defendants and other government officals **withheld** this evidence from the Courts.

Conclusion

Again in the interest of justice and fairness, grant plaintiff request.

I declare under the penalty of perjury that the forgoing information are true and correct.

Date 11/8/25                    Respectfully Submitted

                                [signature]

CERTFICATE OF SERVICE

I DECALRE that a copy of this letter motion for reconsideration was forward to Mr Harry Fidler, by mail, and email on 11/8/25 to 86 Chambers Street Ny NY 10007

                                Yours Truly

                                [signature]

See attach Affidavit

AFFIDAVIT

I, DeMark Dixon declare under the penalty of perjury that the forgoing information is true and correct to the best of my knowledge

Plaintiff just learned that Mr. Harry K Fidler, is a Assistant united States Attorney for the SDNY, displaying that his office is located at 86 Chambers Street. 3rd floor New York NY 10007

Plaintiff also learned that Mr. Harry K Fidler, Ausa thru the internet that Mr. Harry K Fidler, became a Assistant United States Attorney, in the same year he graduated from the New York State Bar,. He also attended Brooklyn Law School.

ARGUMENT

Mr. Harry K Fidler, was here in New York City when he DEFAULTED, by not answering plaintiff complaint on time. This plaintiff thought he had to come from Washington DC, but this hold time Mr. Harry Fidler, ausa acting in his own individual personal capacity chose not to answer or contact the Court or plaintiff in the interest of justice.

For this reason and others plaintiff is asking this Court to grand my request

11/8/2025

*[signature: DeMark Dixon]*

AFFIDAVIT

I, DeMark Dixon declare under the penalty of perjury that the forgoing information is true and correct to the best of my knowledge

Plaintiff just learned that Mr. Harry K Fidler, is a Assistant united States Attorney for the SDNY, displaying that his office is located at 86 Chambers Street. 3rd floor New York NY 10007

Plaintiff also learned that Mr. Harry K Fidler, Ausa thru the internet that Mr. Harry K Fidler, became a Assistant United States Attorney, in the same year he graduated from the New York State Bar,. He also attended Brooklyn Law School.

ARGUMENT

Mr. Harry K Fidler, was here in New York City when he DEFAULTED, by not answering plaintiff complaint on time.    This plaintiff thought he had to come from Washington DC, but this hold time Mr. Harry Fidler, ausa acting in his own individual personal capacity chose not to answer or contact the Court or plaintiff in the interest of justice.

For this reason and others plaintiff is asking this Court to grand my request

11/8/2025                                                                                    DeMark Dixon

From: DeMark Dixon                                    11/15/2025

To: Judge Nelson S Roman    # 914-390-4179

Dke # Dixon v. White  25-cv-7883

## Cover Page.

I Copy was also mail to the Pro Se clerk's office today. And:

A copy was mailed and email to Mr. Harry K Fidler, defendants attorney today.

Respectfully Submitted
DeMark Dixon-

DeMark Dixon
2476 Nimmo Pkwy
Suite 115, Box 502
Email: demarkdixon50@gmail.com
Tele.#. 646-249-1913

Honor. Nelson S Roman                                                          November 15th 2025
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains New York, 10601

Re: <u>Dixon vs White et., al</u> 25-Cv-7883 (NSR)

To: Judge Roman

    Plaintiff moves in this Court requesting for permission to file an **RESPONSE**, to the defendants **ANSWER**, whenever they file it, because of right now, basicly I don't even know when the defendants planning on filing their second bite at the apple answer.   I will keep monitoring the docket, for their answer.

    Plaintiff also filed an LETTER MOTION FOR RECONSIDERATION, with this Court dated November 8th 2025, related to your Order of November 6th 2025, concerning the government SHUTDOWN.

    Plaintiff is going to asked Mr. Harry K Fidler, defendants attorney again for the second time to meet with me to discuss to future of this case going to trial or a settlement, to save time, which I will bring additional evidence to show him to prove my claims.   The best Neutral place, I can think of to meet is in the Federal Court 500 Pearl Street on the 8th floor lunch room area.

    Thank you for your assistance in this matter.

Respectfully Submitted<br>
*/s/ DeMark Dixon*

**CERTIFICATE OF SERVICE**
    I declare under the penalty of perjury that a copy of this document was mailed to Mr Harry K Fidler, on __11/15/25__ located at 86 Chambers Street 3rd Floor New York, NY 10007.  Plaintiff also email Mr Fidler/a copy as well today.

*/s/ DeMark Dixon*