USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2025

**MEMORANDUM ENDORSEMENT**

7:25-cv-7883-NSR
Dixon v. White et al

   The Court is in receipt of *pro se* Plaintiff's letter, received on December 18, 2025, seeking to reinstate his initial Complaint. (ECF No. 46.) The Court GRANTS Plaintiff's request. The original Complaint docketed under ECF No. 1 is deemed the operative Complaint. If Defendants intend to proceed with their motion to dismiss, the briefing schedule will remain the same. (*See* ECF No. 45.) The Clerk of Court is kindly directed to mail this Endorsement to *pro se* Plaintiff at the address listed on ECF and to show service on the docket. The Clerk of Court is also kindly directed to terminate the motion at ECF No. 46.

SO ORDERED.

Dated: December 18, 2025
   White Plains, NY

                  Nelson S. Román, U.S. District Judge

RECEIVED
SDNY PRO SE OFFICE

2025 DEC 16  PM 4: 20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

DeMark Dixon


                Vs              Plaintiff                              Dkt. # . 25-Cv-7883(NSR)


White et, al.

                        Defendant

_____

Judge:  Nelson S Roman


## MOTION TO REINSTATE ORIGINAL COMPLAINT PROCEEDINGS


In the interest of justice and all fairness; (1): this plaintiff is asking this Court to **REINSTATE** the **ORIGINAL COMPLAINT PROCEEDING,** and move forward allowing the defendants to file their **ANSWER** immediately that was do on December 8th 2025.  And;


(2): This plaintiff is also asking this Court, if any **VACATE** and **REOPEN** all judgements that this Court may have close when plaintiff requested to amend.     This request would put us back, as if plaintiff never asked to amend his complaint.


After carefully speaking with a lawyer, that plaintiff can't afford, and reviewing all my evidence, it would be more **PREJUDICAL,** to plaintiff to amend complaint at this early stage in the proceeding, especially before the defendants answer the original complaint.

### CONCLUSION

For these reasons, plaintiff is asking this Court to grant this request.


I declare under the penalty  that the foregoing information are true and correct.


Date: 12/10/25                              Respectfully Submitted

CERTIFICATE OF SERVICE

I declare under the penalty of perjury that a copy of this motion was mailed to the mentioned individuals below on _12/19/25_

Mr Harry K Fidler
86 Chambers Street 3rd Floor
New York, NY 10007


Mr Uriel E Gribetz
19 Court Street Suite 201
White Plains New York 10601

Case 7:25-cv-07883-NSR   Document 47   Filed 12/18/25   Page 4 of 4

Dellark Dixon
2476 Nimmo Pkwy
Suite 115- Box502
Va Beach Va 23456

RICHMOND, VA RPDC 230

12 DEC 2025   PM 4  L

HAP
Holidays
FOREVER USA

USM PS
SDNY

RECEIVED
SDNY PRO SE OFFICE

2025 DEC 16  PM 4: 03

To: Pro Se clerk
500 Pearl Street
New York, N Y 10007

10007-131899