**MEMORANDUM ENDORSEMENT**

7:25-cv-7883-NSR

Dixon v. White et al

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/23/2025

       The Court is in receipt of *pro se* Plaintiff's letter, received on December 23, 2025, seeking to reinstate his initial Complaint.  (ECF No. 48.)  The Court DENIES Plaintiff's motion as moot because the Court already granted *pro se* Plaintiff's request on December 18, 2025.  (*See* ECF No. 47.)  The Clerk of Court is kindly directed to mail this Endorsement to *pro se* Plaintiff at the address listed on ECF and to show service on the docket.  The Clerk of Court is also kindly directed to terminate the motion at ECF No. 48.

Dated: December 23, 2025
     White Plains, NY

SO ORDERED:

_____

NELSON S. ROMÁN
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------

DeMark Dixon

        Vs          Plaintiff              Dkt. # . 25-Cv-7883(NSR)

White et, al.

            Defendant

_____

Judge:  Nelson S Roman

**RECEIVED DEC 19 2025 PRO SE OFFICE**

## MOTION TO REINSTATE ORIGINAL COMPLAINT PROCEEDINGS

        In the interest of justice and all fairness; (1): this plaintiff is asking this Court to **REINSTATE** the **ORIGINAL COMPLAINT PROCEEDING**, and move forward allowing the defendants to file their **ANSWER** immediately that was do on December 8th 2025.  And;

        (2): This plaintiff is also asking this Court, if any **VACATE** and **REOPEN** all judgements that this Court may have close when plaintiff requested to amend.      This request would put us back, as if plaintiff never asked to amend his complaint.

        After carefully speaking with a lawyer, that plaintiff can't afford, and reviewing all my evidence, it would be more **PREJUDICAL**, to plaintiff to amend complaint at this early stage in the proceeding, especially before the defendants answer the original complaint.

### CONCLUSION

For these reasons, plaintiff is asking this Court to grant this request.

I declare under the penalty  that the foregoing information are true and correct.

Date: 12/10/25

Respectfully Submitted

CERTIFICATE OF SERVICE

I declare under the penalty of perjury that a copy of this motion was mailed to the mentioned individuals below on____12/10/25_____

Mr Harry K Fidler
86 Chambers Street 3rd Floor
New York, NY 10007


Mr Uriel E Gribetz
19 Court Street Suite 201
White Plains New York 10601

```
                        ********************
                        ***   TX REPORT   ***
                        ********************


    TRANSMISSION COMPLETED

    TX/RX NO.              0777
    DESTINATION NUMBER            19143904179
    DESTINATION ID
    ST. TIME              02/16 06:41
    COMMUNICATION TIME   00'30
    PAGES SENT             3
    RESULT               OK
```

From Dellark Dixon                    12/10/25

To: Judge Nelson S Roman
     914-390-4179.

          Case 25cv7883 NSR


A copy was mailed to the mentioned
individuals on the Certificate of Service.
Original mailed to Pro Se clerks office.


Attach
Motion to Reinstate original Complaint Proceeding

 Outlook

**To: Pro Se Intake**

**From** Demark Dixon <demarkdixon50@gmail.com>
**Date** Tue 12/16/2025 11:56 AM
**To**    The UPS Store #5761 <store5761@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

From: DeMark Dixon

Case# 25 Cv 7883 (NSR)

To: Pro Se Intake

Gdm.  Can you please immediately filed this Motion To Reinstate Original Complaint.   Prior to this request the original was mailed to this office on 12/10/25, and a copy was mailed to the defendants Counsel Mr. Harry K Fidler, and a copy was fax to Judge Nelson S Roman, chambers.   Some how this motion  was lost in the mail transit.     Basicly, I cant do nothing until this motion is docketed.

This motion was sent to this office for next day delivery to make sure it get to this office.

Thank you.

Dollark Dixey
2476-Virinia Pkway
Suite 115- Box 502
Va Beach Va 23456

RECEIVED
SDNY PRO SE OFFICE

2018 DEC 19  AM 10: 46

Pro-Se Intake

To: Pro Se Intake
U.S. District Court
500 Pearl Street, 3rd Floor
New York, NY 10007

Pro-Se Intake

