USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DeMark Dixon

Plaintiff

Vs.

25-Cv-7883(NSR)

Mary Jo White, Cynthia K Dunne, Uriel E Gribetz, Jay Clayton, lauren Phillips

Defendants

Judge: Nelson S. Roman

**Plaintiff's discovery requests are denied as premature. This action remains in the pleading stage. The Court must first address the pending motions to dismiss the operative complaint, which it will do in due course. The Clerk of Court is kindly directed to terminate the motion at ECF No. 87.**

**Dated: October 1, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED

## MOTION FOR COURT TO ACCEPTED PLAINTIFF DISCOVERY MATERIAL FOR DEFENDANTS

(1): Plaintiff moves in this Court pursuant to **Rule 26 (a)(1)(A),** asking this Court to allow the attached exhibit's that was filed with plaintiff complaint, and motions to be accepted as plaintiff discovery material documents into evidence. Attorney's Mr. Harry K Fidler, and Mr. Uriel E Gribetz, has access to the mentioned material under the above docket. If any additional documents is needed they can contact plaintiff..

(2): Plaintiff would like for the mentioned defendants, and attorney's to forward plaintiff any and all discovery material documents demonstrating that plaintiff isn't entitled to monetary relief.

(3): Plaintiff is requesting for leave once again to allow me to file a motion for appointment of counsel, so that a **CONFERENCE** can be held.

Date: 9/30/26

Respectfully Submitted

## CERTIFICATE OF SERVICE

Plaintiff declare under the penalty of perjury that a copy of this document was mailed to the mentioned individuals below on 9/30/26, to

Harry K Fidler, AUSA
86 Chambers Street
3rd floor
New York, New York 10007

Uriel E Gribetz,
19 Court Street, Suit # 201
White Plains NY 10601

Date 9/30/26

Yours Truly
[signature]